FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 04-451T |
| v. | : | |
| LABER RUSSO TRUCKING COMPANY, INC., Defendant. | : | |

**PLAINTIFFS' MOTION TO ATTACH**

Now come Plaintiffs, by and through their attorney, and move that TEAMSTERS LCOAL 251 HEALTH SERVICES AND INSURANCE PLAN ET. AL. be permitted to attach the goods and chattels and real estate of LABER RUSSO TRUCKING COMPANY, INC. of Johnston, Rhode Island and also to attach the personal estate of LABER RUSSO TRUCKING COMPANY, INC. in the hands or possession of Bank RI of Johnston, Rhode Island as said trustee of the said LABER RUSSO TRUCKING COMPANY, INC. and also to attach its stock or shares in any backing association or incorporated company to the value of $9,258.83.

As reason therefore, Plaintiffs' attorney offers the accompanying affidavit.

GRANTED

Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
7/5/05