I, Elizabeth A. Wiens, Attorney for ______, plaintiffs named in the within writ, make affidavit and say Teamsters Local 251 Health Services & Insurance Plan, et al

have a just claim against the defendant, Laber Russo named in said writ that is due, upon which they expect___ to recover in said action, a sum sufficient to give jurisdiction to the court to which said writ is returnable.

E. Wiens

Subscribed and sworn to in North Kingstown this 27th day of May, A.D./1999 2005

Before me

Kerrie L Kaminski
Notary Public
Justice of the Peace

**WRIT**

Teamsters Local 251 Health Services & Insurance Plan, et al

v.

Laber Russo Trucking Company, Inc.
C.A. No. 04-451T

Elizabeth A. Wiens, Esquire

**Plaintiff's Attorney**

Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401)294-4700
Facsimile: (401)294-4702

**The President of the United States of America**

**To the Marshal of the United States for the District of Rhode Island, or his Deputy-GREETING:**

**WE COMMAND YOU to attach the goods and chattels and real estate of** Laber Russo Trucking Company, Inc.

**and them in safe custody keep; and also to attach the personal estate of the said** Laber Russo Trucking Company, Inc.

**in the hands or possession of** Bank RI

**and also attach** any/all **stock or shares in any banking association or incorporated company to the value of** $9,258.83 **dollars; and to summon the said** Laber Russo Trucking Company, Inc.

**to answer the complaint of** Teamsters Local 251, Health Service & Insurance Plan, et al

**at our District Court to be holden at Providence within and for said district in a civil action, this writ being a writ of process in addition to and in aid of a summons issued by the clerk of said District Court in a civil action commenced by a complaint filed with said Court on** October 18, 2004

**to the damage of the plaintiff**s**, as** they **say**, $9,258.83 **dollars.**

**Hereof fail not, and make true return of this writ, with your doings thereon.**

**WITNESS, the Hon.** Ernest C. Torres**, Judge of said Court, at Providence, this** 11 **day of** July**, A.D.** ~~1999~~ 2005

**Clerk.**

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 JUL 11 P 12:06
FILED