UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251, HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director :

VS. : CA NO.:04-451T

LABER RUSSO TRUCKING COMPANY, INC. :

RECEIVED AUG 25 2005

**DISMISSAL STIPULATION**

The above-entitled matter may be dismissed without prejudice.

ENTER:

Ernest C. Torres

8/30/05

Plaintiff,
By its Attorney,

Marc B. Gursky

Marc B. Gursky, #2818
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Dated: 8/18/05

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within, postage pre-paid, on the 18 day of August, 2005 to the following:

Laber Russo, Jr., President
Laber Russo Trucking Co.,
15 Hillview Avenue
Providence, RI 02908